IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARSHA FRAZIER**                                                                                   **PLAINTIFFS**

4:19-CV-00224-BRW

**R&T INSURANCE AGENCY, INC.,** *et al.*                                    **DEFENDANTS**

**ORDER**

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) and Motion to Appoint Counsel (Doc. No. 3) are DENIED. For the reasons below, this case is DISMISSED.

A question of subject-matter jurisdiction may be raised *sua sponte* at any time.[1] Federal court diversity jurisdiction requires an amount in dispute over $75,000 and that all the parties on one side of the controversy must be citizens of different states from all of the parties on the other side.[2] Plaintiff's Complaint asserts a breach of contract claim involving insurance coverage on her 2014 Jeep. Plaintiff and Defendant Ronnie Terrell are both citizens of Arkansas. Accordingly, the amount in controversy does not appear to be over $75,000 and there is not complete diversity.

IT IS SO ORDERED this 4th day of April, 2019.

                                               /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE

---

[1] *Bueford v. Resolution Trust Corp.*, 991 F.2d 481, 485 (8th Cir. 1993).

[2] 28 U.S.C. § 1332; *Indianapolis v. Chase National Bank*, 314 U.S. 63, 70 (1941).